**Kilm ADKINS, Appellant,**

v.

**Donald WYRICK, et al., Respondents.**

**No. WD 35838.**

Missouri Court of Appeals,
Western District.

Oct. 23, 1984.

Kilm Adkins, pro se.

John Ashcroft, Atty. Gen., Melinda A. Corbin, Asst. Atty. Gen., Jefferson City, for respondents.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

## ORDER

**PER CURIAM:**

Appeal from dismissal of petition seeking recovery for the intentional burning of personal property.

Affirmed. Rule 84.16(b)